

**ORIGINAL**

**FILED**

08/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

**FILED**

AUG 1 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

The Honorable Robert L. Deschamps III, Judge of the District Court for the Fourth Judicial District of the State of Montana, has requested the assistance of retired District Judge Karen S. Townsend to assume jurisdiction of the Law and Motion calendar in Missoula County on October 17, 2023.

Judge Townsend has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that she is agreeable to assisting the Fourth Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Karen S. Townsend, retired District Judge, is hereby called to active service in the District Court of the Fourth Judicial District of the State of Montana, to assume judicial authority of the Law and Motion calendar in Missoula County on October 17, 2023. Judge Townsend is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge Townsend shall be paid the salary compensation to which she is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of Missoula County, with the request that this Order be sent to all counsel of record in the above-listed matters.

4. A copy of this Order shall also be furnished to the Honorable Robert L. Deschamps III, the Honorable Karen S. Townsend, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 15 day of August, 2023.

_____
Chief Justice